# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                                         )
                    Respondent, )
                                           )
          v.                            )
                                           )
MUHAMMED ZBEIDA TILLISY, )
                                           )
                    Appellant. )
                                           )

No. 73533-1-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: JUN 1 3 2016

PER CURIAM — Muhammed Tillisy appeals from the amended judgment and sentence entered following this court's remand in <u>State v. Tillisy</u>, noted at 183 Wn. App. 1029 (2014). Tillisy contends – and the State concedes – that the trial court erred in failing to remove all references in the judgment and sentence to the vacated conviction on Count II. We accept the State's concession. Accordingly, we remand with directions to delete all references in the judgment and sentence to the vacated conviction.

Remanded for proceedings consistent with this opinion.

For the court:

_____
Trickey, ACJ

_____
Jan, J.

_____
Dwyer, J.

2016 JUN 13 AM 9:10

COURT OF APPEALS DIV I
STATE OF WASHINGTON